## WILLIAM P. RATHBONE *versus* HIRAM PEIRCE AND WOLCOTT LAWRENCE

JOURNAL ENTRIES (1819–20): *Journal 2:* (1) Transcript filed *p. 642; (2) appearances *p. 686; (3) declaration filed, rule to plead, plea, similiter *p. 692; (4) jury trial, verdict *p. 713; (5) motion made for new trial

*p. 716; (6) new trial granted, leave given to amend *p. 727. *Journal 3:* (7) Cognovit, judgment *p. 64.

PAPERS IN FILE: (1) Appeal bond; (2) transcript of county court record; (3) copy of declaration in county court; (4) copy of plea, demurrer and due bill in county court; (5) certificate of clerk of county court; (6) verdict; (7) agreement for entry of judgment; (8) sheriff's bill of fees; (9) due bill; (10) statement of accounts and receipt.

*Office Docket*, MS p. 85, c. 25.